IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MPS ENTERTAINMENT,<br><br>        Plaintiff,<br><br>  v.<br><br>DEVOTION SPIRITS,<br><br>        Defendant.<br>                                                   / | No. C 12-05598 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>July 12, 2013</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>December 20, 2013</u>.

DESIGNATION OF EXPERTS: <u>11/1/13</u>; REBUTTAL: <u>11/15/13</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>December 20, 2013</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>January 10, 2014</u>;

   Opp. Due <u>January 24, 2014</u>; Reply Due <u>January 31, 2014</u>;

   and set for hearing no later than <u>February 14, 2014</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>April 8, 2014</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>April 21, 2014</u> at <u>8:30 AM.</u>,
   Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to a magistrate-judge for settlement purposes. The settlement conference shall occur before June 14, 2013.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 2/19/13

                                          SUSAN ILLSTON
                                          United States District Judge