IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**United States District Court**
For the Northern District of California

| | |
|---|---|
| MPS ENTERTAINMENT, | No. C 12-05598 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| DEVOTION SPIRITS, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: July 12, 2013 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 20, 2013.

DESIGNATION OF EXPERTS: 11/1/13; REBUTTAL: 11/15/13.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 20, 2013.

DISPOSITIVE MOTIONS **SHALL** be filed by January 10, 2014;

    Opp. Due January 24, 2014; Reply Due January 31, 2014;

    and set for hearing no later than February 14, 2014 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 8, 2014 at 3:30 PM.

JURY TRIAL DATE: April 21, 2014 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to a magistrate-judge for settlement purposes. The settlement conference shall occur before June 14, 2013.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 2/19/13

_____
SUSAN ILLSTON
United States District Judge