David Albert Pierce, Esq. [SBN 162396]
Azita Mirzaian, Esq. [SBN 280749]
**PIERCE LAW GROUP LLP**
9100 Wilshire Blvd. - Suite 225 East Tower
Beverly Hills, California 90212
Telephone: (310) 274-9191
Facsimile:  (310) 274-9151
Email: David@piercelawgroupllp.com
Email: Azita@piercelawgroupllp.com

Attorney for Plaintiffs MPS Entertainment, LLC, and Michael Sorrentino

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MPS ENTERTAINMENT, LLC, a New Jersey Limited Liability Company; And MICHAEL SORRENTINO,<br><br>Plaintiffs,<br><br>vs.<br><br>DEVOTION SPIRITS, INC., a California corporation And Does 1-5<br><br>Defendants.<br><br>DEVOTION SPIRITS, INC., a California corporation,<br>            Counter-Claimant,<br>v.<br><br>MPS ENTERTAINMENT, LLC, a New Jersey limited liability company; MICHAEL SORRENTINO, an individual; MARC SORRENTINO, an individual,<br>            Counter-Defendants. | Case No. 3:12-CV-05598-SI<br><br>**SUBSTITUTION OF ATTORNEY**<br><br>Hon. Susan Illston<br>Complaint Filed:  October 31, 2012<br>Trial Date:         April 21, 2014 |

TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance of ONE LLP, and to withdraw the appearance of PIERCE LAW GROUP, LLP (and its attorneys), which was formerly assigned to represent Plaintiffs and Counter-defendants MPS Entertainment, LLC, and Michael Sorrentino.

The Clerk is requested to change the docket sheet and other Court records so as to reflect that all Orders and communications from the Court will in the future be directed to:

> ONE LLP
> 4000 MacArthur Blvd.
> West Tower, Suite 1100
> Newport Beach, CA 92660

Dated: 5/30/13

PIERCE LAW GROUP LLP
David Albert Pierce, Esq.
Azita Mirzaian, Esq.
Former Attorneys for Plaintiffs and
Counter-Defendants
MPS ENTERTAINMENT, LLC and
MICHAEL SORRENTINO

Dated: 5/30/13

ONE LLP
Chris Arledge, Esq.
New Attorneys for Plaintiffs and
Counter-Defendants
MPS ENTERTAINMENT, LLC and
MICHAEL SORRENTINO

David Albert Pierce, Esq. [SBN 162396]
Azita Mirzaian, Esq. [SBN 280749]
**PIERCE LAW GROUP LLP**
9100 Wilshire Blvd. - Suite 225 East Tower
Beverly Hills, California 90212
Telephone: (310) 274-9191
Facsimile:  (310) 274-9151
Email: David@piercelawgroupllp.com
Email: Azita@piercelawgroupllp.com

Attorney for Plaintiffs MPS Entertainment, LLC, and Michael Sorrentino

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MPS ENTERTAINMENT, LLC, a New Jersey Limited Liability Company; And MICHAEL SORRENTINO,<br><br>Plaintiffs,<br><br>vs.<br><br>DEVOTION SPIRITS, INC., a California corporation And Does 1-5<br><br>Defendants.<br><br>DEVOTION SPIRITS, INC., a California corporation,<br>Counter-Claimant,<br>v.<br><br>MPS ENTERTAINMENT, LLC, a New Jersey limited liability company; MICHAEL SORRENTINO, an individual; MARC SORRENTINO, an individual,<br>Counter-Defendants. | **Case No. 3:12-CV-05598-SI**<br><br>**ORDER ON SUBSTITUTION OF ATTORNEY**<br><br>Hon. Susan Illston<br>Complaint Filed:  October 31, 2012<br>Trial Date:           April 21, 2014 |

TO ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Pursuant to the Substitution of Attorney filed by counsel for Plaintiffs and Counter-defendants MPS Entertainment, LLC, and Michael Sorrentino, wherein it was agreed and stipulated that ONE LLP substitute in and replace PIERCE LAW GROUP, LLP as counsel of record for Plaintiffs and Counter-defendants MPS Entertainment, LLC, and Michael Sorrentino:

**IT IS SO ORDERED.**

Dated: _____   _____

Hon. Susan Illston

**PIERCE LAW GROUP LLP**
9100 Wilshire Boulevard
Suite 225 East Tower
Beverly Hills, California 90212